DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6336
brandon.jaroch@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RONALD HASSAN CLARK,<br><br>  Defendant. | Case No.: 2:16-mj-00826-VCF<br><br>Stipulation to Continue Preliminary Hearing Date (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bodgen, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America and Paul Riddle, AFPD, counsel for defendant RONALD HASSAN CLARK:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR January 24, 2017, at 4:00 p.m., before Magistrate Judge Cam Ferenbach be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government is still in the process of gathering and evaluating the discovery associated with the defendant's alleged crimes and will provide them to defense counsel for review prior to the preliminary hearing or indictment.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. The defendant is detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

Dated this 20th day of January, 2017.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *Paul Riddle*
PAUL RIDDLE,
Assistant Federal Public Defender
Counsel for CLARK

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-00826-VCF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (First Request) |
| vs. | |
| RONALD HASSAN CLARK, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing currently scheduled for January 24, 2017, at 4:00 p.m., be vacated and continued to _2-22-2017_, at _4:00_ p.m.

DATED this _20th_ day of January, 2017.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE