RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261
paul_riddle@fd.org

Attorney for Ronald Hassan Clark

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-152-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| RONALD HASSAN CLARK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Ronald Hassan Clark, that the Sentencing Hearing currently scheduled on Thursday, September 7, 2017 at 3:30 p.m.., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The defendant is in custody but agrees with the continuance.

2. Defense counsel will be out of the jurisdiction on the date currently set.

3. The parties agree to the continuance.

This is the first request for continuance of the sentencing filed herein.

DATED this 6th day of September, 2017.

| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
|---|---|
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-152-RFB |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD HASSAN CLARK, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on Thursday, September 7, 2017 at 3:30 p.m. be vacated and continued to __Monday, September 25, 2017__ at the hour of  11:00 a.m.

DATED this __6th__ day of September, 2017.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE