UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-152-RFB |
| Plaintiff, | ) | |
| v. | ) | Amended Final Order of Forfeiture |
| RONALD HASSAN CLARK, | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Ronald Hassan Clark to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant Ronald Hassan Clark pled guilty. Criminal Information, ECF No. 22; Plea Agreement, ECF No. 20; Arraignment and Plea, ECF No. 24; Amended Preliminary Order of Forfeiture, ECF No. 37.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 8, 2017, through September 6, 2017, and November 22, 2017,

///

through December 21, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 33 and 41.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 42.

On January 11, 2018, the Federal Bureau of Investigation personally served Shay Mourik with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 42.

On February 9, 2018, the United States filed a Stipulation for Entry of Order of Forfeiture and for Return of a Beretta PX Storm, .40 caliber semi-automatic handgun as to Shay Mourik, and Order (ECF No. 43).

On 3-5 2018, the Court granted the Stipulation for Entry of Order of Forfeiture and for Return of a Beretta PX Storm, .40 caliber semi-automatic handgun as to Shay Mourik (ECF No. 48).

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law

///

and the Stipulation for Entry of Order of Forfeiture and for Return of a Beretta PX Storm, .40 caliber semi-automatic handgun as to Shay Mourik:

1. a Beretta PX4 Storm, .40 caliber semi-automatic handgun, bearing serial number PY27692; and
2. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 5th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

3