Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**June 16, 2022**

Name of Offender: **Lonnie Troy, III**

Case Number:  **2:10CR00221**

Name of Sentencing Judicial Officer: **Honorable Lloyd D. George**

Date of Original Sentence: **July 1, 2011**

Original Offense: **Interference with Commerce by Robbery; and Use of a Firearm During, in Relation to, and in Furtherance of a Crime of Violence**

Original Sentence: **168 Months prison, followed by 60 Months TSR.**

Projected Release Date for Supervision: **October 30, 2022**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware, II**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

> **Residential Reentry Center** – **You must reside in a residential reentry center for a term of 120 days. You must follow the rules and regulations of the center.**

## CAUSE

On July 1, 2011, Lonnie Troy was sentenced by the Honorable Lloyd D. George to 168 months imprisonment with 60 months of supervised release to follow for the offenses of Interference with Commerce by Robbery (two counts) and Use of a Firearm During, in Relation to, and in Furtherance of a Crime of Violence. On October 8, 2020, this case was reassigned to Your Honor. Mr. Troy is projected to complete his custodial sentenced on October 30, 2022 and will then commence his 60 months of supervised release.

Mr. Troy is without a viable release address and indicated he will be homeless upon release from custody. It is requested that the conditions of supervision be modified to include placement at the

RE: Lonnie Troy

Prob12B
D/NV Form
Rev. June 2014

residential re-entry center (RRC) for a period of up to 120 days. Such placement will assist Mr. Troy with his reintegration back into the community, while he focuses on establishing employment and savings to secure his own residence. Mr. Troy does not oppose the requested modification as indicated by his signature on the attached waiver of hearing form (Prob 49).

Should the Court have any questions or concerns regarding this matter, please feel free to contact the undersigned officer at (702)378-2338.

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2022.06.16 11:48:36 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2022.06.16 11:43:31 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

RE: Lonnie Troy

Prob12B
D/NV Form
Rev. June 2014

---

*THE COURT ORDERS*

☐ No Action.

☑ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
RICHARD F. BOULWARE, II
United States District Judge

 June 20, 2022
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of 120 days. You must follow the rules and regulations of the center.

Witness _____  Signed _____
U.S. Probation Officer (Digitally signed by Nickie Pipilakis, Date: 2022.06.16 11:00:10 -07'00')   Probationer or Supervised Releasee

Date 06/14/22